IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAUNTERRIUS GRIMES,              :
                                 :
            Plaintiff            :
                                 :
     VS.                         :
                                 :
Commissioner HOMER BRYSON,       :
*et al.*,                        :     5:16-CV-1 (MTT)
            Defendants           :
_____ : **O R D E R**

Plaintiff Daunterrius Grimes, while confined at Washington State Prison, filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated August 19, 2016, United States Magistrate Judge Charles H. Weigle, among other things, ordered Plaintiff to supplement his complaint. (ECF No. 15). Plaintiff was warned that failure to comply with the Court's Order would result in dismissal of his complaint. Plaintiff was given 21 days from the date of the August 19th Order to comply. When Plaintiff failed to meet the deadline, Judge Weigle, on September 19, 2016, ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's Orders. (ECF No. 16). Plaintiff's response was due within 14 days of the date of the September 19th Order and Plaintiff was again advised that failure to respond would result in dismissal of his lawsuit.

As of today's date, Plaintiff has not filed any response or otherwise communicated with the Court in any manner. For these reasons, and because Georgia's two-year statute of limitations will not prevent the filing of Plaintiff's complaint in the near future, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 12th day of October, 2016.

                                           S/ Marc T. Treadwell
                                           MARC T. TREADWELL, JUDGE
                                           UNITED STATES DISTRICT COURT